**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ricardo Santana CHAVEZ, Defendant–Appellant.**

No. 05–50734.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 18, 2006.*

Filed Sept. 25, 2006.

USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Stephen D. Demik, Esq., FDSD–Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, GRABER and CLIFTON, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

A review of the record, the opening brief and the opposition to the motion for summary affirmance indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The Supreme Court's decision in *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), remains binding on this court until the Supreme Court overrules it.

Accordingly, we grant appellee's motion for summary affirmance of the district court's judgment.

All other pending motions are denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.